# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4429
_____

ROBERT BILUS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


May 10, 2019


PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is
denied on the merits.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert Bilus, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.